UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington et al., <br><br> Plaintiffs, <br><br> v. <br><br> Veteran's Administration of the United States of America, et al., <br><br> Defendants. | No. 2:18-cv-02333 KJM-DB <br><br> ORDER |
| Orlonzo Hedrington, <br><br> Plaintiff, <br><br> v. <br><br> County of Solano et al., <br><br> Defendants. | No. 2:21-cv-00414-KJM-DB |
| Orlonzo Hedrington, <br><br> Plaintiff, <br><br> v. <br><br> Veteran's Administration of the United States of America et al., <br><br> Defendants. | No. 1:22-cv-01425-KJM-DB |

1

| | |
|---|---|
| Orlonzo Hedrington,<br><br>           Plaintiff,<br><br>  v.<br><br>David Grant Medical Center, et al.,<br><br>           Defendants. | No: 2:22-cv-00074-KJM-DB |
| Orlonzo Hedrington,<br><br>           Plaintiff,<br><br>  v.<br><br>David Grant Medical Center et al.,<br><br>           Defendants. | No: 2:23-cv-00801 TLN CKD |
| Orlonzo Hedrington,<br><br>           Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>           Defendant. | No: 1:24-cv-00497 KES-SKO |
| Orlonzo Hedrington,<br><br>           Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>           Defendant. | No: 2:24-cv-01224 DAD-DB |
| Orlonzo Hedrington,<br><br>           Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>           Defendant. | No. 2:24-cv-03541 DJC-JDP |

1    The court has reviewed the notice of related cases in the above-captioned actions. All
four cases that were before the undersigned are now closed. The assigned District Judge and
Magistrate Judge in case no. 2:23-cv-00801-TLN-CKD have already resolved several pending
motions and that case is also closed. Although all the actions involve the same parties and are
based on similar claims, the court finds assignment of the actions to a single judge is not "likely
to effect a savings of judicial effort or other economies" in this case. E.D. Cal. L.R. 123(c). The
court therefore **declines** to relate the above-captioned actions.

   IT IS SO ORDERED.

DATED: March 25, 2025.

_____
UNITED STATES DISTRICT JUDGE