UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-3541-DJC-JDP (PS)<br><br>ORDER |

Plaintiff has filed a motion for extension of time to complete service of process. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

2. Plaintiff is granted thirty days from the date of this order to complete service of process.

IT IS SO ORDERED.

Dated:   March 26, 2025                                     _____
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE