MICHELE BECKWITH
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-03541-DJC-JDP<br><br>**~~PROPOSED~~ ORDER GRANTING DEFENDANT UNITED STATES' <u>EX PARTE</u> APPLICATION TO STAY RESPONSE TO COMPLAINT UNTIL AFTER RULING ON MOTION TO DEEM PLAINTIFF A VEXATIOUS LITIGANT** |

　　　　On April 28, 2025, Defendant United States of America applied *ex parte* for an order staying its response to the complaint until after until after the Court rules on the pending motion to deem Plaintiff a vexatious litigant.  *See* ECF 16, 21.  Having considered the application, and for good cause shown,

　　　　IT IS HEREBY ORDERED that Defendant's deadline to respond to the complaint is stayed until further order of the Court, after ruling on the pending motion to deem Plaintiff a vexatious litigant.

IT IS SO ORDERED.

Dated:  　May 2, 2025　　　　　　　　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE