UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLONZO HEDRINGTON,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No.  2:24-cv-3541-DJC-JDP (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On January 22, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on February 17, 2026, and they were considered by the undersigned.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed January 22, 2026, are adopted;

2. Defendants' motion to deem plaintiff vexatious, ECF No. 16, is GRANTED;

3. The court enters the following pre-filing order:

   a. Plaintiff is barred from any future litigation in the United States District Court for the Eastern District of California against City of Fairfield, Fairfield Police Department, and the United States of America without first obtaining leave of court.

   b. Any future filing by plaintiff in the United States District Court for the Eastern District of California against City of Fairfield, Fairfield Police Department, and the United States of America shall include a declaration, signed under penalty of perjury, that: (1) explains why plaintiff believes he has meritorious claims; (2) certifying that the newly submitted case does not involve arise from the same factual circumstances as the claims alleged in *Hedrington v. County of Solano*, 2:21-cv-0414-KJM-SCR, *Hedrington v. David Grant Medical Center*, 2:22-cv0074-KJM-DB, *Hedrington v. David Grant Medical Center*, 2:23-cv-0801-TLN-CKD, *Hedrington v. USA*, 1:24-cv-0497-KES-SKO, *Hedrington v. USA*, 2:24-cv-1224-DAD-SCR, and *Hedrington v. USA*, 2:24-cv-3541-DJC-JDP.

   c. If plaintiff submits a proposed filing that does not comply with these requirements, the Clerk of Court shall lodge, but not file, the document, but the court will not review it.  If plaintiff submits a filing that complies with the above requirements, the Clerk of the Court shall open the matter as a miscellaneous case to be considered by the General Duty Judge of this Court.  The General Duty Judge will

2

determine whether the case constitutes frivolous, repetitive, or otherwise barred litigation.  If the General Duty Judge in determines that the proposed lawsuit is frivolous, repetitive, or otherwise barred, he or she will dismiss the action without comment pursuant to the pre-filing order.

    d.  These requirements shall not apply to future filings that are submitted on plaintiff's behalf by a licensed attorney in good standing.

4.  Within fourteen days of this order, plaintiff Orlonzo Hedrington is required to post security in the amount $10,000 in order to proceed with this action.

5.  Defendants' motion to dismiss, ECF No. 15, is GRANTED; and

6.  Plaintiff is directed to properly serve defendants within twenty-eight days of this order.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3