UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLONZO HEDRINGTON,

Plaintiff,

v.

UNITED STATES, *et al.*,

Defendants.

Case No. 2:24-cv-3541-DJC-JDP (PS)

ORDER

Plaintiff, who this court declared a vexatious litigant on February 25, 2026, has filed a motion to vacate judgment in another action, *Hedrington v. County of Solano*, Case No. 2:21-cv-0414-KJM-SCR.  That case, however, was closed on December 15, 2021, ECF No. 41, and the court in that action has denied at least ten motions for reconsideration or to vacate the judgment, *see* ECF Nos. 44, 45, 48, 50, 65, 68, 70, 71, 75, & 93.  Plaintiff provides no authority that allows this court to vacate the judgment in another case, and this court is aware of no such authority. Moreover, in the closed action, plaintiff had appealed the dismissal to the Court of Appeals, but the court affirmed the district court's dismissal of the action.  ECF No. 89.  This court sees no avenue for it to vacate a judgment in another action that is closed.

1

Accordingly, plaintiff's motion to vacate, ECF No. 79, is DENIED.

IT IS SO ORDERED.

Dated:    April 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2