UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>Defendants. | Case No. 2:24-cv-3541-DJC-JDP (PS)<br><br>ORDER |

After finding plaintiff to be a vexatious litigant, on February 25, 2026, the court ordered plaintiff subject to pre-filing requirements. ECF No. 77. In the same order, the court ordered that plaintiff "is required to post security in the amount $10,000 in order to proceed with this action" within fourteen days. *Id.* at 3. After plaintiff failed to comply with that deadline, I issued an order to show cause for plaintiff's failure to comply with that order. ECF No. 89. I instructed plaintiff that should he wish to continue with this lawsuit, he must comply with the court's February 25, 2026 order within fourteen days. *Id.* Instead of complying, plaintiff filed a motion to stay this proceeding until the Court of Appeal's mandate issues. ECF No. 90. The mandate has issued. ECF No. 91.

Accordingly, plaintiff's motion to stay, ECF No. 90, is DENIED. Further, the court will afford plaintiff a final opportunity to comply with the court's February 25, 2026 order. Should plaintiff fail to comply with fourteen days, I will recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: August 7, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE