UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLONZO HEDRINGTON,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

Case No. 2:24-cv-3541-DJC-JDP (PS)

ORDER; FINDINGS AND RECOMMENDATIONS

On February 25, 2026, the court declared plaintiff a vexatious litigant. ECF No. 77. The court also ordered plaintiff to post a $10,000 security bond within fourteen days to continue with this action. *Id.* Plaintiff did not post a bond within fourteen days. Instead, plaintiff filed a motion to vacate, ECF No. 79, an appeal with the Court of Appeals, ECF No. 81, two motions to stay, ECF Nos. 90 & 95, as well as other miscellaneous items, ECF No. 87 ("Proof of service declaration of diligence"); ECF No. 92 ("Notice re USCA Mandat"); ECF No. 93 ("Notice of Ninth Circuit Law and Opposition to Defendants Motion"). On July 9, 2026, ECF No. 89, and August 7, 2026, ECF No. 94, I warned plaintiff that his failure to pay the security bond would result in a recommendation that this action be dismissed. I provided plaintiff with a final opportunity to post the bond by August 21, 2026. ECF No. 94. Plaintiff has failed to do so. Therefore, I recommend that this action be dismissed due to plaintiff's failure to post the security bond in compliance with the court's February 25, 2026 order and I will deny all remaining

pending motions as moot. *See Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that all pending motions, ECF Nos. 68, 69, and 95, are DENIED as moot.

Further, it is hereby RECOMMENDED that:

1. This action be DISMISSED without prejudice for failure to comply with court orders for the reasons set forth in the February 25, 2026 order.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: August 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE