UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | Case No. 2:24-cv-3541-DJC-JDP (PS)<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

In lieu of objections, Plaintiff has filed a motion for relief from judgment, ECF No. 97, an opposition to false statements, ECF No. 98, a response to the Court's July 9, 2026 order to show cause and motion to waive the security bond, ECF No. 99, a response to the Court's July 9, 2026 order to show cause and a motion to modify the pre-filing security order, ECF No. 100, a notice of supplemental status report and showing of good cause, ECF No. 101, an emergency response to the Court's July 9,

2026 order to show cause and motion to modify the pre-filing order, ECF No. 102, an emergency response to the Court's July 9, 2026 order to show cause, an opposition to the motion to dismiss, and an affidavit of judicial bias, ECF No. 103, a motion to enforce the mandate, ECF No. 104, a motion to vacate the vexatious litigant order, ECF No. 105, a motion to vacate the vexatious litigant status, ECF No. 106, and a notice of related cases, ECF No. 107. To the extent that these filings request any relief, the Court finds that no relief is warranted. Plaintiff's miscellaneous motions are denied.

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed August 27, 2026, ECF No. 96, are ADOPTED;
2. This action is DISMISSED without prejudice for failure to comply with court orders for the reasons set forth in the February 25, 2026 order;
3. Plaintiff's miscellaneous filings, ECF No. 97, 99, 100, 102, 104, 105, & 106, are DENIED as moot; and
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE